# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ORASURE TECHNOLOGIES, INC.**<br>　　　　Plaintiff,<br><br>　　　v.<br><br>**NOWDIAGNOSTICS, INC.** et al.,<br>　　　　Defendants. | :<br>:<br>:<br>:  Civil No. 5:24-cv-06116-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 14th day of January, 2026, upon consideration of the Report and Recommendation of Special Master Amy Kurland, Esq. (ECF No. 209), **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 209) is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request to modify the Order at ECF No. 205 is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge