IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORASURE TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>NOWDIAGNOSTICS, INC., JODY BERRY AND JANEAN YOUNG,<br><br>   Defendants. | Case No. 5:24-cv-06116-JMG |

**[PROPOSED] SCHEDULING ORDER**

**AND NOW**, this _____ day of _____, 2026, pursuant to Federal Rule of Civil Procedure 16 and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. All fact discovery shall be completed no later than **April 15, 2026**.

2. Certification of the parties that they have produced all non-privileged and responsive documents to any outstanding requests are due **30 days after the Special Master issues her ruling on the Parties' asserted discovery deficiencies identified in their respective correspondence.**

3. Affirmative expert reports, if any, are due by **May 15, 2026**.

4. Rebuttal expert reports, if any, are due by **June 15, 2026**.

5. Expert discovery shall be concluded no later than **July 24, 2026**.

6. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents

1

covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

7. Motions for summary judgment and *Daubert* motions, if any, shall be filed by **August 7, 2026**. Responses shall be filed no later than **August 28, 2026**. Motions and responses shall be filed in the form prescribed in Judge Gallagher's Policies and Procedures.

8. Any replies to any responses shall be filed no later than **September 11, 2026**. For this round of reply briefing only, the parties need not move for leave to file a reply.

9. No later than **October 12, 2026**, counsel for each party shall serve upon counsel for every other party a copy of each exhibit the party expects to offer at trial.

10. No later than **October 26, 2026**, each party shall file with the Clerk of Court a pretrial memorandum. The pretrial memorandum should be prepared in accordance with the provisions of the Local Rule of Civil Procedure 16.1(c) and should also include the following items:

> (a) All stipulations of counsel.
>
> (b) A statement of objection to: (1) the admissibility of any exhibit based on authenticity; (2) the admissibility of any evidence expected to be offered for any reason (except relevancy); (3) the adequacy of the qualifications of an expert witness expected to testify; and (4) the admissibility of any opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701. Such objection shall describe with particularity the ground and the authority for the objection.
>
> (c) Deposition testimony (including videotaped deposition testimony) that the party intends to offer during its case-in-chief. The statement should include

        citations to the page and line number and the opposing party's counter-designations.

    (d) A statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

11. All motions *in limine* shall be filed no later than **November 16, 2026**. Responses, if any, shall be filed no later than **November 23, 2026**.

12. No later than **November 16, 2026**, any objections to designations of deposition testimony shall set forth the page and line numbers of the challenged testimony and a clear statement for the basis of that objection. The objecting party must provide the Court with a copy of the deposition transcript with the challenged testimony highlighted. Any objection not made in conformity with this Order will be deemed waived.

13. No later than **November 23, 2026**, the parties shall file with the Clerk of Court joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party shall also file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission. Parties shall also file joint proposed *voir dire* questions.

14. The court will hold a final pretrial conference on \_\_\_\_\_, _____, **2026, at** \_\_\_\_\_ **a.m.**, at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. Counsel shall be prepared to address any pending motions in limine and objections to witnesses and exhibits. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

15. The selection of a jury shall take place on \_\_\_\_\_, _____, **2026, at** \_\_\_\_\_ **a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

16. A jury trial shall resume before this court on \_\_\_\_\_, _____, **2026, at** \_\_\_\_\_ **a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

17. This order shall serve as a formal attachment for trial.

BY THE COURT:

_____
JOHN M. GALLAGHER
United States District Court Judge